IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

    **Plaintiff**

vs.

                    Case No. 5:15cr20/RH

**TAVARUS HINKLE**

    **Defendant**
_____/

## FINAL ORDER OF FORFEITURE

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order of Forfeiture. Having reviewed the United States' Motion, and being otherwise fully advised in the premises, the Court finds as follows:

WHEREAS, on June 16, 2015, a Federal Grand Jury sitting in the Northern District of Florida issued a One Count Indictment against the defendant, charging him with violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). The Indictment included a criminal forfeiture allegation, pursuant to Title 18, United States Code, Section 924(d)(1); and

1

WHEREAS, on September 17, 2015, the defendant pled guilty to Count One of the Indictment; and

WHEREAS, on December 17, 2015, a Judgment was entered with the court forfeiting the defendant's, Tavarus Hinkle, interest in the following property:

**Smith & Wesson SD40VE Pistol CAL: 40, SN HFU3466;** and

WHEREAS, the Winchester .40 caliber ammunition listed in the indictment has been administratively forfeited by Alcohol, Tobacco, Firearms and Explosives ("ATF"); and

WHEREAS, on or about October 6, 2015, notice of forfeiture was mailed via Certified Mail Return Receipt Requested and U.S. Regular Mail, to Quindarrius McCain, 2820-E John Bryan Road, Birmingham, Alabama 35211, and was delivered and signed for on October 8, 2016; and

WHEREAS, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture action and the intent of the United States of America to dispose of the property was published on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning

October 7, 2015.  Such notice informs all third parties of their right to file a petition within sixty (60) days of the first date of publication setting forth their interest in said property; and

WHEREAS, no person or entity has filed a claim; and

WHEREAS, no other persons or entities having an interest in the above-referenced property have filed petitions, it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to the **Smith & Wesson SD40VE Pistol CAL: 40, SN HFU3466** is hereby condemned, forfeited and vested in the United States of America and shall be disposed of in accordance with the law.

SO ORDERED on June 17, 2016.

                                        s/Robert L. Hinkle
                                        United States District Judge